# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2013  

*The Court of Appeals hereby passes the following order:*

**A13A1089. PRICE QUARTER LLC d/b/a PRICE QUARTER ROAD CAR WASH et al. v. COMMUNITY AND SOUTHERN BANK.**

**A13A1090.  PRICE QUARTER LLC d/b/a PRICE QUARTER ROAD CAR WASH et al. v. COMMUNITY AND SOUTHERN BANK.**

On May 29, 2012, Price Quarter LLC d/b/a Price Quarter Road Car Wash, Bhaskar Prema, Nickesh Limited Partnership (collectively "Park Quarter") filed an appeal from the trial court's April 26, 2012 order granting partial summary judgment to Georgia Trust Bank. That appeal was subsequently docketed in this court as Case No. A13A1089. The notice of appeal in Case No. A13A1090 was filed on November 26, 2012, citing both the partial summary judgment order and the trial court's October 25, 2012 order granting final judgment against Price Quarter. Both appeals were docketed on January 31, 2013. Because these appeals appear to be duplicative and because Price Quarter filed no brief in Case No. A13A1089, we deem the appeal in that case to be abandoned, and it is hereby dismissed. The Court will consider Price Quarter's arguments as briefed in Case No. A13A1090.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*